## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Diego I Frausto, et al.

                            Plaintiff,

v.                                                       Case No.: 1:22−cv−02344
                                                               Honorable Lindsay C. Jenkins

Frank J Siciliano, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 29, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendant's response to the motion to dismiss the counterclaims [68] shall be filed by 7/31/2023 and any reply shall be filed by 8/14/2023. Discovery shall continue as ordered on June 23, 2023 [67] while the motion is pending. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.