IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS M. MARTIN and DIEGO I. FRAUSTO, | ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) ) | Case No. 22 cv 2344 |
| v. | ) ) | |
| FRANK J. SICILIANO, | ) ) | Judge Lindsay C. Jenkins Magistrate M. David Weisman |
| Defendant/Counter-Plaintiff. | ) | |

**MOTION FOR ENTRY OF AGREED QUALIFIED PROTECTIVE ORDER**

NOW COMES Defendant / Counter-Plaintiff Frank J. Siciliano ("Siciliano"), through his attorneys, Matthew Wasserman and Michelle Rakestraw of Dinsmore & Shohl LLP, and for his Motion for Entry of Agreed Qualified Protective Order, states as follows:

1. Plaintiffs/Counter-Defendants, Nicholas Martin ("Martin") and Diego Frausto ("Frausto"), allege in their Complaint that Siciliano's conduct caused them to sustain anxiety, psychological manipulation, and severe mental and emotional distress.

2. In their written discovery disclosures and responses, Martin and Frausto have identified several treating physicians and pharmacies in possession of relevant and discoverable information concerning the alleged injuries.

3. Accordingly, the medical and mental health records of Martin and Frausto are relevant to this pending matter.

4. In order to comply with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), the Parties have agreed and stipulate to the entry of a Qualified Protective Order. The proposed Qualified Protective Order is attached hereto as **Exhibit A**.

1

WHEREFORE, Defendant/Counter-Plaintiff Frank J. Siciliano, with agreement of the Plaintiffs, Nicholas M. Martin and Diego I. Frausto, requests that this Court grant his Motion for Entry of Agreed Qualified Protective Order, enter the attached proposed Qualified Protective Order, and grant all other relief which this Court deems appropriate.

Dated: August 24, 2023                    Respectfully submitted,

**FRANK J. SICILIANO,**

By: */s/ Matthew C. Wasserman*
    One of His Attorneys

Matthew C. Wasserman (#6287638)
Michelle Rakestraw (#6323764)
Dinsmore & Shohl LLP
222 W. Adams, Suite 3400
Chicago, IL 60606
(312) 837-4316
Matthew.wasserman@dinsmore.com
Michelle.rakestraw@dinsmore.com