UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Diego I Frausto, et al.
                      Plaintiff,

v.                                             Case No.: 1:22−cv−02344
                                                               Honorable Lindsay C. Jenkins

Frank J Siciliano, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 5, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiffs' motion for summary judgment as to Defendant's counterclaim is stricken [109] without prejudice to refiling once the Court sets a dispositive motion briefing schedule. The Court declines to rule on dispositive motions in a piecemeal fashion. Doing so would be particularly inappropriate here where fact discovery has not yet closed, and issues related to the Defendant's deposition are not yet resolved. The Court will set dispositive motion deadlines after the close of all fact and expert discovery, and no dispositive motions may be filed until the Court sets that schedule. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.